IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD MARTIN BURNHAM,

    Petitioner,                    No. CIV S-08-2522 DAD P

    vs.

RICHARD B. IVES,

    Respondent.                <u>ORDER</u>

/

        Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has also submitted the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer or a motion to dismiss.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file an answer or a motion to dismiss within sixty days from the date of this order. If an answer is filed, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

/////

1

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed; an opposition to a motion to dismiss is due within thirty days of service of the motion to dismiss;

3. The Clerk of the Court shall serve a copy of this order, a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Docket No. 1), and the court's form regarding consent or request for reassignment on the United States Attorney.

DATED: November 5, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bur2522.100rev